UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-464 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **GOVERNMENT'S MOTION TO DISMISS** |
| MARELI AMPARO CARRASCO-ZELEDON, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Laura W. Trosen, Special Assistant United States Attorney, hereby requests that the Court dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has been removed from the United States.

Dated: January 13, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Laura Trosen*

BY: LAURA W. TROSEN
Special Assistant United States Attorney